UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENDA DRERUP, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. |
| vs. | § § | 2:19-cv-00106-D |
| CONSOLIDATED NUCLEAR SECURITY, LLC, | § § § § | |
| *Defendant*. | § | |

**PLAINTIFF BRENDA DRERUP'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Brenda Drerup ("Drerup"), the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, the Memorandum Opinion and Order [Document 89] granting the motion for summary judgment of Defendant.

Respectfully Submitted,

/s/ Jane Legler

Jane Legler
Texas Bar No. 03565820
Christine Neill
Texas Bar No. 00796793
Kyla Gail Cole
Texas Bar No. 24033113

Neill Legler Cole PLLC
3300 Oak Lawn Avenue
Suite 425
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
christine@nlcemployeelaw.com

jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2021, a true and correct copy of the foregoing was served via ECF on counsel for Defendant:

Rob Vartabedian
Alix Allision
Alston & Bird
3700 Hulen Street
Suite 150
Ft. Worth, Texas 76107

/s/ Jane Legler
_____
Jane Legler